# CASE ANNOUNCEMENTS

*February 6, 2014*

[Cite as *02/06/2014 Case Announcements*, 2014-Ohio-378.]

## MOTION AND PROCEDURAL RULINGS

2013–0465.   State ex rel. Morrison v. Beck Energy Corp.
Summit App. No. 25953, 2013-Ohio-356. This cause is pending before the court as an appeal from the Court of Appeals for Summit County.

Upon consideration of the joint motion of appellees and amicus curiae state of Ohio for divided oral-argument time scheduled on February 26, 2014, it is ordered by the court that the motion is granted, and amicus curiae state of Ohio shall share the time allotted to appellees.